## AFFHDavitt OF TRUTH

On or about 12/9/18 at 8:30 p.m S.R.T. Officer know or called repeatedly as Bart. Who works the Sunday thru wendsday rotation on 2nd shift on the 10th floor of Jail. Did, in an attempt of Itimidation violate the rights of said Plaintiff. Jim T. Glover Jr. on the groun of Inappropiate Supervision.

On or about 8:30 p.m of 12/9/18 evening Stated S.R.T Officer Bart is what he know by did come to 10d of Jail 1 to do Shake down of cells. Plaintiff, Jim T. Glover Sr. was in Plain sight of the Pod (10d) when stated officer tried to Itimidate Glover by saying "don't even look at me, look the other way". In an threatin aggressive manner, for no apparent reason did stater officer make this outburst was made. Plaintiff, Jim T. Glover Sr. neve said anything to officer before and after outburst. This is not the first time stated S.R.T officer has tried to Itimidate Glo in the eyesight of others on 1/1/18 stated officer said somthing similual to the effect while standing outside Glover cell, holding door while other officer searched Plaintiff cell. Plaintiff have several eye witness to these matters who

have signed the Signature to wittnessed afividavit. Signatures below co-sign statement made agniot stated S.R.T.

On 1-18-18 correctional officer neice came and wisphered in my ear that "you ain't nothing but an soft-ass NIGGER. I was shocked and appalled. C.O. neice admitted to fellow cccc prisoner mr. _____ that he had made this statement to me Jim T. Glover Jr. I swear by Pejury these statement to be true. Jim Glover Jr. In another Incedent Sust. privy to Plantiff is, when Jim T. Glover Sr. Plaintiff was in Segregation. Stated officer to Plaintiff and I quote "I will beat the shit out of you" unquote. Retaliation for Plaintiff informing stated officer Supervisor about harrasment and Inappropiate Supervision of stated officer to Plaintiff. The Plaintiff Humbly moves this court to answer and rule on lawsuit on the grounds of Inappropiate Seipervision.

      Humbly and Respectfully
      Submitted
      Plaintiff Jim T. Glover Jr.
      Cuyahoga County Jail
      P.O. Box 5600
      Cleveland, OHio 44101

On Jan 31, 2018, I prisoner glover 0236844 Pod 10 delta. Was Being harrassed, disrespected and the threat of bodily harm was made to my person. By Correctional-officer (C-O) Blivinns of first shift. at approx 9:30 a.m on wensday Jan 31, 2018.

An former Pod·mate was having an issue with me (Glover Jim) on Jan 30, 2018. Where the inmate threw an orange across range from cell 10 to my cell of 21, .Then Inmate charged my cell, (which I was inside locked down) and Punched my cell window and spit through the crack of the door hinges, Then went on to threaten to kill me and other bodily harm. (Now mind you) I was locked in my cell (happened during noon meal) and created no threat to inmate, neither was I participating in the aggressive threats. Said inmate of cell #16 on 10 delta was 1 of 2 meal servers (Plus C-O) outside his cell, for the camera to see the entire incident. Neither did inmate go to segregation, but came out his cell, by the means of Correctional officer Riveara of 2nd shift Jan 30, 2018. To walk past my cell still barking threats, by said Inmate being inmate in pod 10 delta for 2 years. C-O Blivenns an C-O Riveara had bonded with said inmate, working agnist me. When I clearly was not in the wrong (check camera) But I was remanded to stay in my cell the rest of day, while offending inmate came back out to watch t.v., cell visit...etc. Proving without shadow of doubt, his FREINYSHIP with Correctional officer of 2nd shift floor 10 Pod V. Also on Jan 31, 2018

Stated inmate cell # 16 of 10 M, was back the next day to making threats of bodily harm to my person. When Correctional Officer Blivenns of 7 shift floor 10 POD V (d) was doing his rounds and stopped at my cell to disrespect me. Say I quote "Glover your nothing but a BITCH-ass dude". To threaten me say, I quote "I used to beat your ass all the time and I'll do it right now". In which he produced the lock keys to my cell saying "Bag-up" C-O Blevinns, formely S.R.T Squad tacticall unit. did indeed proform an felliouns assault on my person in 2012 with corpal losata and S.R.T Bitterman. Where they locked me and themselves in my cell of 3-mall 10 A and corpal losata was telling me face the wall, soon as I complied losata hit me in my face, unjustly so. then S.R.T Bitterman and Blevinns commenced to rain punches, kicks, pepper-foam to my person. Back to Jan 31, 2018. So once c/o Blevinns found out I was being transfered out of Pod By none other than Infamous Corporal losata to 10 B awaiting Placement. which took a whole callender day. I've been surrouned by my enimies, who have the power to Retailate agniot me. Direct Violation of Inmate handbook, stating (per hand book pg 19) Disciplinary action we be consistent, and not be in the mode of Retaliation. or Revenge. Under Policy. Under no circumstances shall discipline be administered by inmates or Enforceres commonly know as "Range Bosses" "Tank Judges" "Kangaroo courts" Sanitation Commites or other methods. This treatment is an direct voilation to my Constitutional Right. Inusapropriate Supervision, and Corporal Punishment.

On Satourday, Feburary 3, 2018 at apprx 5:15 p.m. I Prisoner 0236844 Mr. Jim T Glover Jr. requested of on duty Correctional officer (of 7th floor Pod E) to see the nurse, or medical pro. I was etsperiencing chest-pain alarming amount of pain. The c/o called down to Infirmary. They sent the nurse up to do regular schueled Pill call. (hour later) The nurse checked my vitals. He told me my blood pressure was 130 but, my heart rate was abnormal. He told the on duty c/o to call down to Infirmary and have escort bring me down for. Some observation and other things, which he did not state. I was never brought to Infirmary. Shift change brings in diffrent c/o. I ask him whats the Hold up with transport he said he would call at Eight Oclock p.m. (Three hours later) He call back down to Infirmary. Still no results. once agin CCCC is refusing me medical care. Emergeeny medical care, life-threatning medical care. The personell of the Infirmary has a personall vendetta agnist Jim T Glover sr. in which they will stop at nothing to fullfill. Even breaking the laws. By keep refusing me medical attenion. Its not hard to see. On Sunday February 4, 2018 I once agin had, have chest pain. I informed the duty nurse, as well as correctional officer. He calked down to Infirmary over 3 hours ago. Its now approx 5:30 p.m. I informed the nurse while she was making her evening medical medication Rounds. (That I was having chest-pains, light-headed and shortness of breath) The R.N. checked my blood pressure which was 138 forgot bottom number. yesterday it was 130 top number. the nurse on 2-03-2018 check my heart rate

the nurse tonight din't, my usoul blood pressure top number Be 117 they said that was normal. Now this nurse telling me 138 top number is normal. I don't know I'm not medical proffessional, but its an conflicting statements. I'm waiting now 5:40 p.m to be taken downstairs to the infirmary to have whatever done. I'll see if they (medical departments) come retreive my person. / I was brought down to infirmary an given E.K.G supposed to see doctor tommorow.

## Affidavit of TRUTH

I Jim T. Glover Jr. Swear by perjury and punishment that Everything provided in complaint is Real and TRUE. Every Testimony, admittance, document, stories of events.

I was attacked on 12-26-17, By Corporal Boardman, and Correctional Officer IROIN of the 7th floor. It's was apprx 6:30 Am 12-26-17 when said officers came to my cell, (cell 7 in corner) to deliver morning meal. I was given an segregation tray. I politely informed Corp. Boardman that I was not in Seg. That the sergeant only took away my T.V., Phone Privilliges. I said ok I'll take the tray given. Boardman already was hiding his pepper-foam in his hand upon entering my cell, ("I was on suicide watch, which means he was supposed to have on body cam before opening my cell") making me believe he had planned before hand to spray me. Once I accepted the tray, Corporal Boardman Sprayed me on the side of my face. I Ran to the Back of my cell (I was already naked, because nurse Lagracia told officer to take my matt, They didn't give me suicide gown, or Blanket. The only time they can legally do that is if I have destroyed state property, which I had not done.) Corporal Boardman, and Correctional officer IROIN Started to Stump the Back of my head and Back. I was not resisting or anything. Corporal Boardman was spraying the back of my neck and head and stated stay from down here, all the while him and c/o IROIN was Stumpin me. Then I feel an hand part one of my buttcheeks and pepper-

foam my anus and testicles. The pain was so much I almost passed out from iniatial contact. The assault last another minute. Then I heard alot of footfalls, responding to the man-down. Once the two officer's in my cell heard it (corporal Boardman, c/o IRWIN Corporal Boardman hurriedly pulled out his hand cuffs and cuffed me up behind my back and walked me out backwards out the cell. Once I was in restraint chair. C/O IRWIN, made the statement. ("I'll bet you, your nuts and ass is on fire right now") taunting me as I'm in restraint chair in inconcievable amount of pain. I told my direct supervisor about it. (corporal Lacatta) He said ("who are they going to believe you or an corporal") I told the Jail Investigator about the assult and Sexual Assault (mr. Hudson) He told me to wait and see what happen with my Informal complaint. I wrote the Sherrif on two seperate occassions. Never heard nothing back. Once in January acy Once in Febucrary of 2018. Took so long cause the county was refusing me the right to writting matterials. I signed up for Indigent pack (comes with two envelopes paper, hygeine) never recieved any, till two months later. I Signed up and had nurses put me on doctor's list to bee seen by doctor. Dr. Tallman took me off dr. list ten times. So I couldn't get medical treatment for my injuries. I was on Phyicall Thearpy session for the damage of kicking my back during assault. Medical cut me out of that with no Explanation. So now I'm constatantly in pain. Can't sit-up for too long or can't lay down for too long. I have asked mentall-Health for counseling to help me deal with the sextuall assault. Mentall health denied me. I'm losing my mind. I'm going through and deppressed stage right now. I can't eat, or drink. I'm asking the courts if I can be housed at an different corr. faciulity. The staff in charged is corrupt. Every c/o sticks-up for their fellow officer. I'm in Constant FEAR OF MY LIFE HERE at the cuyahoga. Corporal Robinson has threaten my life on 12-1-17. Told me he was plotting my Assasination. "To my face." All these statement are true Jim F. Cluver Jr.

1-27-18 I was refused the morning meal by Corporal Ketivitch. Everybody was served cereal & milk. They served me old-stiff oatmeal that had someone's finger poked thru and half pealed boiled eggs. My diet (plus milk) is lactose-intolerant no processed meat. Every Sat & Sunday they (CCCC) serve cereal & milk. I get special diet tray because I can't drink milk. My trays come with special-diet tagg. Today my tray did't come with special diet tag. It came with segregation oatmeal. Somebody had fingered and contaminated boiled eggs. Someone had half-pealed, not pealed from my hand. Also a milk. The whole reason why I get an special-diet tray. The Corporal on duty is Ketivich, he just came to my cell with three S.R.T officers trying to Intimidate me. I informed him about tray. His word were wildly aggressive "That what you get" uquote not even inspecting the tray or Investigating my diet. He had c/o Neic dump my tray in trash. This Corporal is Retaliating because of an previous lawsuit I had against his staff S.R.T in 2008. I'm being miss treated by said Corpal and SRT staff consisting of cruel & unusual Punishment and Innappropiate Supervision.

The entire CCCC is in a Coup. An connected Conspiracy to pay Jim Glover Jr. Back in forms of Retaliation, they who feels larceny in thier heart for me has come into power. Now their corporal's and Sergants. With an agenda to make my stay in CCCC most miserable at all cost even if it consist on breaking the law.

5

On 1-25-18 at apprx 9:00 am I asked C.O. Neic to call someone from mental health. I was having a mental breakdown mental-health crisis. C/O called at 9:10 A.m. I did not see anyone at 1:00 p.m I asked agin could I speak with a mental health specialist proffessional. agin nobody came up or took me down They locked me in my cell, with no help. Refusing me mental health services. On 1-26-18 I asked the C.O. and also the on duty Corporal Ketivich about seeing someone from mental Health. I informed him that I was having a mental crisis (breakdown) and needed to speak to someone Corporal Ketivich responce was "Nobody care about you or what you are going through. were not taking you down to mental health". unquote. I was shocked and appalled by his comments of extreme unproffesionalism

Today is 1-27-18 at 6:40 a.m I was agin asked on duty C.O. to call down to mental Health.