FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

2018 MAY 16 PM 12: 48

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Plaintiff,

v.

**AFFIDAVIT OF PRISONER**

Defendant(s).

Case Number:

1:18 CV 1134

I, _Jim T. Glover Jr._, declare that I am the

__✓__ plaintiff/petitioner
_____ defendant/respondent    other _____

in the above-entitled proceeding. I am requesting to proceed without being required to prepay the entire filing fee. In support of my request, I state that because of my poverty, I am unable to prepay the entire filing fee or give security therefor.

In further support of this request, I answer the following questions.

1. Are you presently employed?
   _____ yes  __✓__ no

   a. If the answer is "yes" state the amount of your salary or wages per month.

   b. If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received.

2. Do you have a work, program or status assignment, or other circumstance which causes you to be paid by the agency which has custody of you?
   _____ yes  __✓__ no

If the answer is "yes" state the amount paid or credited to you each month.

3. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or other form of self-employment?
    _____ yes √ no

    b. Rent payments, interest or dividends?
    _____ yes √ no

    c. Pensions, annuities or life insurance payments?
    _____ yes √ no

    d. Gifts or inheritances?
    _____ yes √ no

    e. Any other sources?
    _____ yes √ no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months.

4. Do you own any cash, or do you have money in checking or savings accounts?
    _____ yes √ no

If the answer is "yes" state the total value of the items owned?

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    _Jim A. Glover Jr._____
                Date                          Signature of Applicant