IMACS
Thursday, March 22, 2018
1:00:14 PM

CUYAHOGA COUNTY SHERIFF'S OFFICE
TRUST ACCOUNTS

Page 1 of 1

Name: GLOVER, JIM T     SO #: 0236844     Booking #: 20171128075     Cell #: J1-08-E-09-B

| Date | Reference | Type | Item Description | Account | Co-Pay | Co-Pay Type | Account Total | Co-Pay Total | Off # |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/2017 | Rearrest | CO-PAY | PRIOR AR BALANCE TRANSFER | $0.00 | ($234.99) | MEDICAL | $0.00 | ($234.99) | SHHAJ |
| 01/04/2018 | 902799 | COMMISSARY | COMMISSARY ORDER 902799 | $0.00 | $0.00 | | $0.00 | ($234.99) | 550 |
| 01/25/2018 | 907310 | COMMISSARY | COMMISSARY ORDER 907310 | $0.00 | $0.00 | | $0.00 | ($234.99) | 550 |
| 02/09/2018 | 910702 | COMMISSARY | COMMISSARY ORDER 910702 | $0.00 | $0.00 | | $0.00 | ($234.99) | 550 |
| 03/15/2018 | 917903 | COMMISSARY | COMMISSARY ORDER 917903 | $0.00 | $0.00 | | $0.00 | ($234.99) | 550 |

Balance: $0.00 ($234.99)

Available For Commissary: $0.00