FILED
2018 MAY 16 PM 12:48
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Jim T. Glover Jr.
Plaintiff

vs

Boardman, Dr. Tallmann, IRIAN, Dr. Kopeblents, Robinson, Neic, LaGracia,

Case no.

Judge

1:18 CV 1134

Motion for Appointment of Counsel

I am the Plaintiff Jim T. Glover Jr. who askes this honorable court to Appoint me a lawyer. I am Indigent as proven so with my Avidavitt of Indigency. Also my Six-month demand statement from the Cuyahoga county Jail. Where I'm awaiting trail as prisoner. I have no legal knowledge to try this civil case pro se. I have a very limited education. (10th grade) I need help with this issue at hand. Please give me an lawyer to help right these wrongs done agaist me.

Respectfully Submitted
Jim T Glover Jr.