FILED
OCT 11 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# United States District Court
## Northern District of Ohio

Jim T. Glover Jr.
Plaintiff

VS   defendants
Corparal Boardman/
Correctional officer Irion
Doctor Kope Blent / dr. Tallman
Brain Hennessy / Registered nurse
Lagracia / officer neice
Corparal Robison

Case no. 1:18 CV 1134
Judge: Nugent
Mag: Judge Baughman

## ORDER TO REPLY

The defendants was hit with an complaint form from defendant Jim T. Glover Jr. on or about May 16, 2018 12:48 p.m. The complaint was stamped filed in the office of the clerk United States dirstrict Court Northern District of Ohio Carl B. Stokes United States Court House 801 west Superior Ave. Cleveland, Ohio 44113-1830. pursant to the federal Rules of procudure, Responsive Pleadings paragraph (1) A, b, c (2) (3) a party must serve an answer within 21 days after being served with the summons and complaint or (ii) 60 days if its an officer of the United states or one of it agencies sued in offical capacity; 60 days for Individaul capasity. The summons and complaint was filed in May 2018 the date now is Oct 8, 2018. well over 90 days.