Jim T. Glover Jr.
A752-050
LoRCI
2075 S. Avon Beldon Rd.
Grafton, OHIO 44044

INMATE CORRESPOND
LORAIN CORR INST
2075 S AVON BELDEN
GRAFTON OH 44044

neopost
10/09/2018
US POSTAGE
FOREVER
USA

Office of the Clerk
United STATES District court
Northen District of OHio
Carl B. Stokes UNITED States Court House
801 WEST Superior Ave
Cleveland, OHio 44113-1830