IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM T. GLOVER, JR., | ) | CASE NO. 1:18 CV 1134 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| CORPORAL BOARDMAN, et. al., | ) | |
| Defendants. | ) | **ORDER** |

Plaintiff Jim T. Glover, Jr. has filed a motion to proceed in this matter *in forma pauperis*. (Docket #2.) The motion is granted.

Pursuant to 28 U.S.C. § 1915(b), a filing fee in the amount of $350.00 is due. No initial payment is required at this time due to insufficient funds in Plaintiff's prisoner account. When sufficient funds are available in Plaintiff's prisoner account, the prison cashier's office shall make deductions and send payments to the Court in accordance with the instructions attached to this Order until the filing fee in the amount of $350.00 is paid.

The Clerk is instructed to issue a copy of this Order and attached instructions, which are hereby incorporated herein, to the Plaintiff and the prison cashier's office. The Clerk is further directed to provide a copy of this Order to the Court's financial office.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: December 21, 2018

PL-2 (7/96) N.D. OHIO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

# INSTRUCTIONS FOR PAYMENT OF PRISONER FILING FEE AND SUBSEQUENT INSTALLMENT PAYMENTS

The prisoner shown as the plaintiff on the attached order has filed a civil action *in forma pauperis* in this court and owes the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

The initial partial fee listed on the attached order, **IF ANY**, should be deducted by the prison cashier's office from the prisoner's account, when funds are available therein, until the initial partial fee is paid. A check (or checks) in the appropriate amount(s) should be attached to a form like that accompanying these instructions and sent to the address indicated below.

Following the payment of the initial partial fee, **IF ANY**, and continuing thereafter until the full fee has been paid, monthly payments of 20% of the preceding month's income credited to the prisoner's account should be deducted and forwarded to the court each time the amount in the account exceeds $10.

If the prisoner has filed more than one complaint in this district, he is required to pay a fee in each case. The prison cashier's office shall make the monthly calculations and payments for each case in which it receives an order granting *in forma pauperis* status and these instructions. **The prisoner's name and case number must be noted on each remittance.**

Checks are to be made payable to:

    **Clerk, U.S. District Court**

Checks are to be sent to:

    **Prisoner Accounts Receivable**
    **Carl B. Stokes U.S. Courthouse**
    **801 W. Superior Avenue**
    **Cleveland, Ohio 44113-1830**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM T. GLOVER, JR., | ) | CASE NO. 1:18 CV 1134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| CORPORAL BOARDMAN, et. al., | ) | |
| | ) | |
| Defendants. | ) | **PL-3 PAYMENT FORM** |

**STAPLE CHECK HERE:**