UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM T. GLOVER, JR., | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:18 CV 1134 |
| | ) | |
| v. | ) | ORDER OF REFERRAL |
| | ) | |
| CORPORAL BOARDMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The above captioned case is hereby referred to Magistrate Judge Baughman for pretrial supervision. The Magistrate Judge is hereby authorized pursuant to the above provisions to: 1) hold a Case Management Conference and Status Hearing; (2) enter and enforce non-dispositive pretrial orders including, but no limited to, orders pertaining to discovery matters; (3) sign all stipulated orders; and (4) rule on all non-dispositive motions. The Magistrate Judge shall also (5) "issue any preliminary orders and conduct any necessary evidentiary hearing or other appropriate proceeding," Local Rule 72.1, and file with the Court a report containing his proposed findings and recommendation for disposition of case-dispositive motions. The Court reserves the right to rule directly on any matter filed in the within matter.

This case to be returned to this Court when ready for trial unless all parties consent to trial before Magistrate Judge Baughman.

IT IS SO ORDERED.

                                                    __/s/Donald C. Nugent____
                                                   DONALD C. NUGENT
                                                   United States District Judge

DATE: ___January 2, 2019_____