U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF Jim T. Glover Sr. | COURT CASE NUMBER 18 CV 1134 |
| DEFENDANT Dr. Tallman | TYPE OF PROCESS |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Tallman
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Ontario Street Cleveland, Ohio 44113-1664

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jim T. Glover Jr. 0236844
P.O. Box 5600
Cuyahoga County Corr. Center
Cleveland, Ohio 44113-1664

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 6
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Jim T. Glover Jr.
TELEPHONE NUMBER
DATE 4-26-18

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 1/3/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date 1/4/19  Time 9:38  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 0 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges 0 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 0 |
|---|---|---|---|---|---|

REMARKS:
FedEx

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00



January 7, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774102849640**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.MCDOMAL | **Delivery location:** | 1215 W 3RD ST<br>CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 4, 2019 09:38 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774102849640 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Dr. Tallman
Cuyahoga County Correctional Center
1200 Ontario Street
CLEVELAND, OH 44113 US

**Shipper:**
Susan Holland
United States Marshals Service
801 W Superior Ave
#1200
Cleveland, OH 44113 US

**Reference** 1:18CV1134

Thank you for choosing FedEx.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF Jim T. Glover Jr. | COURT CASE NUMBER 1-18-CV 1134 |
|---|---|
| DEFENDANT Corporal Boardman | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>CORPORAL Boardman Cuyahoga County Correctional Center<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1200 ontario street, cleveland, OHio 44113-1664 |
|---|---|

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jim T. Glover Jr.
P.O. Box 5600
Cleveland, Ohio 44101

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
/s/ Jim T. Glover Jr.
TELEPHONE NUMBER: (216) 801-0021
DATE: 4-26-18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 1/3/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 1/4/19 Time 9:38 ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 8 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges 8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 0 |
|---|---|---|---|---|---|

REMARKS: FedEx

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



January 7,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774102988514**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.MCDOMAL | **Delivery location:** | 1215 W 3RD ST CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 4, 2019 09:38 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774102988514 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Corporal Boardman
Cuyahoga County Correctional Center
1200 Ontario Street
CLEVELAND, OH 44113 US

**Shipper:**
Susan Holland
United States Marshals Service
801 W Superior Ave
#1200
Cleveland, OH 44113 US

**Reference** 1:18CV1134

Thank you for choosing FedEx.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF Jim T. Glover Sr. | COURT CASE NUMBER 1:18 CV 1134 |
| DEFENDANT Mr. Hennessy - mailRoom worker | TYPE OF PROCESS |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mail worker of Cuyahoga County Corr Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 ontaRio Street. Cleveland, Ohio 44113-1664

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jim T. Glover
02368 44
P.O. Box 5600
Cleveland, Ohio 44113

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
Jim A Glover Jr.
TELEPHONE NUMBER
DATE 4-26-18

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 1/3/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 1/4/19   Time 9:38 ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 8 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges 8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 0 |
|---|---|---|---|---|---|

REMARKS:
FedEx

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



January 7, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774103007497**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.MCDOMAL | **Delivery location:** | 1215 W 3RD ST<br>CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 4, 2019 09:38 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774103007497 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Brian Hennessey
Cuyahoga County Correctional Center
1200 Ontario Street
CLEVELAND, OH 44113 US

**Shipper:**
Susan Holland
United States Marshals Service
801 W Superior Ave
#1200
Cleveland, OH 44113 US

**Reference** 1:18CV1134

Thank you for choosing FedEx.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF Jim T. Glover Jr. | COURT CASE NUMBER 1:18 CV 1134 |
| DEFENDANT Correctional Officer IROIN | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT
IROIN, c/o Cuyahoga County Corr. Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Ontario Street Cleveland Ohio 44113

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jim T. Glover Jr. 0236844
P.O. Box 5600
Cuyahoga County Corr. Center
Cleveland, Ohio 44113

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Jim T. Glover Jr.
TELEPHONE NUMBER
DATE 4-26-18

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 1/3/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 1/4/19
Time 9:38 ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | | | 0 | | 0 |

REMARKS:
FedEx

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/15/80
Automated 01/00



January 7, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774103314052**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.MCDOMAL | **Delivery location:** | 1215 W 3RD ST CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 4, 2019 09:38 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774103314052 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Correctional Officer Iroin
Cuyahoga County Correctional Center
1200 Ontario Street
CLEVELAND, OH 44113 US

**Shipper:**
Susan Holland
United States Marshals Service
801 W Superior Ave
#1200
Cleveland, OH 44113 US

**Reference** 1:18CV1134

Thank you for choosing FedEx.

U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN  
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jim T. Glover Sr. | 18 CV 1134 |
| DEFENDANT | TYPE OF PROCESS |
| Nurse LaGracia mental Health/RN | |

SERVE AT:
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: NURSE LAGRACIA County Cuyahoga Corr. Center
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1200 Ontario Street Cleveland, Ohio 44113-1664

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jim T. Glover Jr. 0236844  
P.O. Box 5600  
Cuyahoga County Corr. Center  
Cleveland, Ohio 44113-1664

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
Jim T. Glover Jr.  
TELEPHONE NUMBER:  
DATE: 4-26-18

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 00 | District to Serve No. 00 | Signature of Authorized USMS Deputy or Clerk | Date 1/3/19 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

| Date | Time | |
|---|---|---|
| 1/4/19 | 9:38 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | | | 0 | | 0 |

REMARKS:  
FedEx

PRINT COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED  
Form USM-285  
Rev. 12/15/80  
Automated 01/00



January 7, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774103329938**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.MCDOMAL | **Delivery location:** | 1215 W 3RD ST CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 4, 2019 09:38 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774103329938 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Nurse LaGarcia
Cuyahoga County Correctional Center
1200 Ontario Street
CLEVELAND, OH 44113 US

**Shipper:**
Susan Holland
United States Marshals Service
801 W Superior Ave
#1200
Cleveland, OH 44113 US

**Reference**  1:18CV1134

Thank you for choosing FedEx.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jim T. Glover Jr. | 1:18 CV 1134 |
| DEFENDANT | TYPE OF PROCESS |
| Correctional Officer Neic | |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Neic of County Jail, Cuyahoga County Jail
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Ontario Street

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jim T. Glover Jr.
P.O. Box 5600
Cuyahoga County Corr. Center
Cleveland Ohio 44113

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Jim T. Glover Jr.
TELEPHONE NUMBER
DATE: 4-26-18

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 1/3/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 1/4/19   Time 9:38 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 | | | 8 | | 0 |

REMARKS:
FedEx

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



January 7, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774103355626**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.MCDOMAL | **Delivery location:** | 1215 W 3RD ST CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 4, 2019 09:38 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774103355626 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Correctional Officer Neic
Cuyahoga County Correctional Center
1200 Ontario Street
CLEVELAND, OH 44113 US

**Shipper:**
Susan Holland
United States Marshals Service
801 W Superior Ave
#1200
Cleveland, OH 44113 US

**Reference** 1:18CV1134

Thank you for choosing FedEx.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jim T. Glover Jr. | 1:18 CV 1134 |
| DEFENDANT | TYPE OF PROCESS |
| Corporal Robinson 10th floor 2nd shift | |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cuyahoga County Correctional Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 ontario Street, cleveland, OHio 44113-1664

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jim T. Glover Jr. 0236894
P.O. Box 5600
Cuyahoga County Correctional Center
Cleveland, Ohio 44113

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jim T. Glover Jr. | | 216) 801-0021 | 4-26-18 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 60 | No. 60 | | 1/3/19 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date | Time | |
|---|---|---|
| 1/4/19 | 9:38 | ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 | | | 8 | | 0 |

REMARKS:
FedEx

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



January 7, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774103389061**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.MCDOMAL | **Delivery location:** | 1215 W 3RD ST CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 4, 2019 09:38 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 774103389061 | **Ship date:** | Jan 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Corporal Robinson
Cuyahoga County Correctional Center
1200 Ontario Street
CLEVELAND, OH 44113 US

**Shipper:**
Susan Holland
United States Marshals Service
801 W Superior Ave
#1200
Cleveland, OH 44113 US

**Reference**
1:18CV1134

Thank you for choosing FedEx.