IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM T. GLOVER, JR., | ) | CASE NO. 1:18 CV 1134 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| CORPORAL BOARDMAN, *et al*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

Parties and counsel of record are to submit a joint statement or separate statements stating the parties' present position with regard to each of the agenda items specified in Local Rule 16.3(b) and informing the Court of other items for the case management order by February 28, 2019 (see Attachment A).

**IT IS SO ORDERED.**

Dated: January 28, 2019         s/ William H. Baughman, Jr.
                                United States Magistrate Judge