In THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF OHIO
EASTERN Division

Jim T. Glover Jr.          : CASE no. 1:18CV1134
   Plaintiff               : JUDGE: Donald C. NUGENT
vs.                        : MAGISTRATE JUDGE:
Corporal Boardman          : William H. BauGHMAN Jr.
Corr. Officer IRION        : MOTION for appointment of Consel

Now comes the Plaintiff to move this Honorable court to Seriously take the Plaintiff Serious, when he says he needs appointment of counsel. Not only is the Plaintiff indigent for lack of funds Plaintiff only has 10th grade education and cannot properly understand the lanauge of law, which sets the Plaintiff at an unfair disadvantage even a handicap to properly prepare case for trail. Plaintiff has very limited access to legal libracy. Plaintiff does not fully understand or have the ability to read the federal Rules of Procudure. Can the honorable court, Please appoint consel for the Plaintiff to have an fair trial.

Humbly Submitted
Jim T Glover

Jim T. Glover Jr. A752050
Trumbull County Correctional Institution
5701 Burnett Rd
Leavittsburg, Ohio 44430

NEOPOST
02/28/2019
US POSTAGE $000.00⁰
FOREVER
ZIP 44430
041M11272968
Barn Swallow

Office of the Clerk
United States District Court
Northen District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830