**Motion denied. Previous motion to appoint counsel (ECF #3) was denied on 1/17/19 (ECF #10)**

s/ William H. Baughman, Jr.
William H. Baughman, Jr.
United States Magistrate Judge

Date: March 6, 2019

In THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF OHIO
EaSTERN Division

FILED
MAR 0 1 2019
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Jim T. Glover Jr. : CASE no. 1:18CV1134
   Plaintiff    : JUDGE: Donald C. NUGENT
VS.             : MAGISTRATE JUDGE;
Corporal Boardman : William H. BauGHMAN Jr.
Corr. Officer IRION : MOTION for appointment of Consel

Now comes the Plaintiff to move this Honorable court to seriously take the Plaintiff serious, when he says he needs appointment of counsel. Not only is the Plaintiff indigent for lack of funds Plaintiff only has 10th grade education and cannot properly understand the lanauge of law, which sets the Plaintiff at an unfair disadvantage even a handicap to properly prepare case for trail. Plaintiff has very limited access to legal libracy. Plaintiff does not fully understand or have the ability to read the federal Rules of Procudure. Can the honorable court, Please appoint consel for the Plaintiff to have an fair trial.

Humbly Submitted
Jim T Glover