IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM T. GLOVER JR., | ) | CASE NO. 1:18 CV 1134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| CORPORAL BOARDMAN et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

Under Local Rule 16.3(d), the Honorable William H. Baughman, Jr., United States Magistrate Judge, will conduct a telephonic status conference on **June 17, 2019,** at **1:30 pm** Counsel are to contact the Court by **June 10, 2019,** at 216-357-7220 to obtain the call-in information to participate in the conference. Jim T. Glover Jr. #A752050, who is an inmate at Trumbull County Correctional Institution is to be present by telephone Thus, the Court instructs the Warden at Trumbull County Correctional Institution to make this inmate available via telephone.

**Participation of Lead Counsel and Parties/Persons with Authority**

The parties and lead counsel are hereby ordered to participate in the telephonic status conference. If a party is a legal entity, not an individual, a representative of the party with full settlement authority, as defined below, must participate in the conference. The Court will not conduct a telephonic status conference without all lead counsel and

parties or party representatives with full settlement authority participating.  In cases where a party requires authority from an insurer to settle the case, the party must ensure that a representative of the insurance company with full authority to settle the case participates in the conference.

For a plaintiff, "full authority" means final authority to dismiss the case with prejudice and to accept in settlement an amount or terms down to the defendant's last offer.  For a defendant, "full authority" means final authority to commit a defendant to pay, in the representative's own discretion, a settlement amount up to the plaintiff's last demand.

Failure of a party or party representative with full settlement authority to attend the conference may result in the imposition of sanctions.

## Conference Agenda

Counsel and the parties or representatives must be prepared to discuss the following matters at the status conference:

- Progress toward completing discovery and a firm schedule for the completion of discovery by the discovery cut-off date set in the case management plan and order,

- Settlement and ADR possibilities,

- The voluntary dismissal of any claims or defenses that a party does not intend to pursue for purposes of dispositive motions or trial,

- The setting of dates for the final pretrial conference and for trial, and

- Any special problems with the case that may have arisen since the case management conference.

IT IS SO ORDERED.

Dated: April 9, 2019                                s/ William H. Baughman, Jr.
                                                    United States Magistrate Judge