UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTE ORDER**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   June 17, 2019

Case No.:   1:18 CV 1134

JIM T. GLOVER JR.

    v.

CORPORAL BOARDMAN *et al.*

APPEARANCES:     For Plaintiff:     pro se

                         For Defendant:   Robert Cathcart IV

PROCEEDINGS: Telephonic status conference held.  Status of discovery on the remaining excessive force case was reviewed.  Plaintiff Glover advised the court that his family is attempting to obtain counsel.  The court will initiate an inquiry as to possible counsel for Glover through the Civil Pro Bono program.  Another telephone status conference will take place on July 1, 2019 at 1:30pm.  Discovery is stayed pending the outcome of the July 1, 2019 status conference.   Parties are to contact chambers at 216-357-7220 to obtain the call-in information.

    IT IS SO ORDERED.

                                              s/ William H. Baughman Jr.
                                                United States Magistrate Judge

Time: 30 minutes