IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISON

| | | |
|---|---|---|
| JIM T. GLOVER, JR., | ) | CASE NO.1:18-CV-01134 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| v. | ) | |
| | ) | ORDER |
| CORPORAL BOARDMAN, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This case came before me for a telephonic status conference on June 17, 2019. By way of background, District Judge Donald C. Nugent issued a memorandum opinion and order dismissing all the claims for relief in plaintiff Jim Glover's complaint except for the excessive force claim arising out of the events of December 26, 2017.[1] This left as defendants in the case only Corporals Broadman and Irion in their individual and official capacities.[2]

Thereafter the parties consented to my jurisdiction.[3] I issued a case management plan and order.[4] The telephone status conference took place as directed by that order.

---

[1] ECF #5, at 15-17.
[2] Id.
[3] ECF #17.
[4] ECF #18.

During the telephone conference Glover advised me and counsel for the remaining defendants that he is seeking to retain counsel with the assistance of family members. He is uncertain, however, if those efforts will be successful.

Although the Court had earlier denied a motion for appointment of counsel[5], it now appears that in light of the narrowing of the claims remaining for decision by Judge Nugent's order, the assistance of counsel is in the best interest of the orderly and expeditious conduct of discovery and the resolution of this case by settlement, dispositive motions, or trial. The Court will submit this case for assignment of counsel if one can be identified through its Civil Pro Bono Counsel Protocol.

Because the number of attorneys in the panel of the Protocol is small, there is no certainty that an attorney willing to undertake this representation can be identified. Glover, therefore, should continue to seek an attorney to represent him with the assistance of his family.

Discovery in this case is stayed pending the outcome of another telephone status conference to be conducted on July 1, 2019 at 1:30 p.m. Glover and counsel for the defendants will receive instructions for joining in this call from my Courtroom Deputy.

IT IS SO ORDERED.

Dated: June 18, 2019                               s/William H. Baughman Jr.
                                                   United States Magistrate Judge

---

[5] ECF #10.