UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# MINUTE ORDER

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   July 1, 2019

Case No.:   1:18 CV 1134

JIM T. GLOVER JR.

    v.

CORPORAL BOARDMAN *et al.*

APPEARANCES:   For Plaintiff:   Jim T. Glover Jr, pro se

                            For Defendant:   Robert Cathcart IV

PROCEEDINGS: Telephonic status conference held.  To date, efforts to obtain counsel through the Court's Civil Pro Bono program have been unsuccessful.  Plaintiff Glover will continue efforts through his family, and the court will make further inquires through the Federal Bar Association and the Attorney Advisory Group of the District.  Another telephone status conference is set for August 5, 2019 at 2:30pm.  Parties are to contact chambers at 216-357-7220 to obtain the call-in information prior to hearing.  Discovery is stayed pending the outcome of the August 5, 2019 conference.  Counsel for the defendant will send to plaintiff Glover releases for medical records relating to treatment for the injuries allegedly sustained during the events underlying the pending claim.  Counsel for the defendant will deliver to plaintiff Glover or his attorney any medical records obtained through such releases.

                                                      s/ William H. Baughman Jr.
                                                        United States Magistrate Judge

Time: 25 minutes.