UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   August 5, 2019

Case No.:   1:18 CV 1134

JIM T. GLOVER JR.

    v.

CORPORAL BOARDMAN *et al.*

APPEARANCES:   For Plaintiff:   Jim T. Glover Jr., pro se

                         For Defendant:   Robert Cathcart IV

PROCEEDINGS: Telephonic status conference held. Efforts to obtain appointed counsel for Mr. Glover remain ongoing, the court will set and conduct another telephonic status conference once appointed counsel for Mr. Glover enters an appearance. Mr. Glover's request for discovery and to amend pleadings is deferred until he has counsel. Counsel for the defendants will provide Mr. Glover with medical records from Trumbull County.

                                                   s/ Kyle DeVan
                                                   Courtroom Deputy

Time: 20 minutes