Jim t. Glover Sr.
    Plaintiff

vs.

Boardman, Irion
    defendant

FILED
DEC 04 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Case # 1:18-cv-01134-DCN

Magistrate Judge: William H. Baughman

Judge: Donald C. Nugent  Local Rule 72.2

motion to proceed pro se.

Your honorable Judge, I Jim t. Glover 752-050 would like to actively pursue my case # 1:18-cv-01134 pro se. I last talked with your honorable self, on 7-26-19 via phone conversation, (phone conference). I had asked you for an chance to recieve active consel and amended complaint. You stayed my case untill I recieve consel, either thru my own efforts or thru court pro bono consel. It seems to me that the court can not provide and lawyer, nor neither could I retain any consel thru my own resources. My case has been stayed for over 90 days. Prompting me to address the court to return my case # 1:18 cv 1134 to the courts docket as soon as convienent to court. To proceed pro se. This Plaintiff thanks this honorable court in its entirely.

Jim t. Glover Jr. 752-050#
T.C.I
5701 Burnett Rd
Leavittsburg, OH 44430