Jim T Glover Jr.
752-050
T.C.I
5701 Burnett Rd
Leavittsburg, OH 44430

NEOPOST
12/02/2019
US POSTAGE $000.00⁰



ZIP 44430
041M11453370

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

44113$1829 C017