IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM T. GLOVER, JR., | ) | CASE NO. 1:18-cv-01134 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| CORPORAL BOARDMAN, et al., | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| Defendants. | ) | **OF COUNSEL** |
| | ) | |

Notice is hereby given that Jake Elliott, Assistant Prosecuting Attorney, will now substitute as counsel of record for Defendants Corporal Steve Boardman and Officer Philip Irion, Jr., in place of Robert F. Cathcart, IV, in the above captioned matter. Please forward all future correspondence and pleadings to the undersigned at the address listed below.

    Respectfully submitted,

    **MICHAEL C. O'MALLEY,**
    **Prosecuting Attorney of Cuyahoga County, Ohio**

    By: /s/Jake A. Elliott
        Jake A. Elliot (0093521)
        Assistant Prosecuting Attorney
        CUYAHOGA COUNTY PROSECUTOR'S OFFICE
        The Justice Center, Courts Tower
        1200 Ontario Street, 8th Floor
        Cleveland, OH  44113
        (216) 443-5756
        jelliott@prosecutor.cuyahogacounty.us

    *Counsel for Defendants Cpl. Steve Boardman*
    *and Officer Philip Irion, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A hard copy of this Notice was also sent to the Plaintiff on September 22, 2020 via regular U.S. Mail to:

Jim T. Glover, Jr.
Y-Haven Transitional Housing
and Open Door Re-Entry
6001 Woodland Avenue
Cleveland, OH 44104

/s/Jake A. Elliott
Jake A. Elliot (0093521)
Assistant Prosecuting Attorney