IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM T. GLOVER, JR., | ) | CASE NO. 1:18 CV 1134 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| v. | ) | |
| | ) | |
| CORPORAL BOARDMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

On April 8, 2019, the Court assigned this case to me following the parties' consent.[1] Last year, I held a number of status conferences that were designed in part to address the possible appointment of counsel for plaintiff Jim T. Glover, Jr. through the Court's civil pro bono protocol. At the end of the year, however, Glover filed a motion to proceed pro se in this case.[2]

Shortly after Glover had filed his unopposed motion, our world, including court operations, plunged into a global pandemic. We are slowly emerging from this health crisis in fits and starts. This order, therefore, is part of my effort to get this case back on track notwithstanding the continuing restrictions prompted by the global health crisis.

Efforts to obtain appointed counsel to represent Glover in this case are ongoing, but,

---

[1] ECF #17.
[2] ECF #24.

like other court proceedings, have been disrupted by the pandemic. An appointment request for this case is currently under consideration by a law firm. In light of the fact that efforts to find appointed counsel to represent Glover are ongoing, I deny Glover's motion to proceed pro se without prejudice subject to possible refiling.

A status conference is needed in the near future to establish a new schedule for this case. Accordingly, I will shortly issue a separate order setting out the date and time for either a telephonic or video status conference.

For the foregoing reasons, it is hereby

ORDERED that Glover's unopposed motion to proceed pro se[3] is denied without prejudice subject to possible refiling in the future.

IT IS SO ORDERED.

Dated: September 30, 2020　　　　　　　　　　　　s/ William H. Baughman, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[3] ECF #24.