Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

**OFFICIAL BUSINESS**

RETURN SERVICE REQUESTED

**FILED**
**3:55 pm Oct 15 2020**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

18cv1134

NEOPOST
10/01/2020
US POSTAGE $000.50⁰



ZIP 44113
041L11256002

RETURN TO SENDER

Released

Jim T. Glover, Jr. #A752050
Trumbull County Correctional Institution
5701 Burnett Rd.
Leavittsburg, OH 44430

NIXIE          441    DC 1         0010/12/20
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

UTF    BC: 44113182999    *1673-01062-02-42