# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JIM T. GLOVER, JR.,** | CASE NO. 1:18-cv-01134 |
| Plaintiff, | |
| -vs- | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| **CORPORAL STEVE BOARDMAN, et al.,** | **MOTION TO WITHDRAW** |
| Defendants. | |

Now come Attorneys Sarah Gelsomino, Jacqueline Greene, Marcus Sidoti, and Terry Gilbert of the law firm of Friedman, Gilbert + Gerhardstein, and hereby move this Court to permit them to withdraw as counsel for Plaintiff Jim T. Glover. Counsel asks the Court to permit Plaintiff additional time to obtain new counsel and to respond to any pending matters before the Court. Should the Court require additional information, Counsel ask that an ex parte status conference be scheduled.

Respectfully submitted,
*/s/ Sarah Gelsomino*
Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
Terry H. Gilbert (0021948)
FRIEDMAN, GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com
marcus@FGGfirm.com
terry@FGGfirm.com

                Jacqueline Greene (0092733)
                FRIEDMAN, GILBERT + GERHARDSTEIN
                441 Vine Street, Suite 3400
                Cincinnati, Ohio 45202
                T: 513-572-4200
                F: 216-621-0427
                jacqueline@FGGfirm.com

                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on August 23, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Sarah Gelsomino*
                Sarah Gelsomino
                *One of the Attorneys for Plaintiff*