Case # 1:18 CV 1134

Glover Sr.

vs.

Boardman;
IRion etc...

Judge Baughman

PRO se

FILED
JUN 30 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Response to brief, for motion for Summary Judgement.

The plaintiff response to defendants motion to Summary Judgement, I Jim t. Glover Sr. was an detainer at cuyahoga county jail. When Corporal boardman and C/O IRion was serving the breakfast meal on 7th floor pod V. The corporal never serves the meals with staff. The plaintiff stated in his/my complaint that the corporal was serving the morning meal with C/O IRion. Spesifically for one reason, that was to cause harm to the person of Jim t.Glover Jr. Also the defendant stated in own motion that plaintiff was not wearing any close on full precaution. Reference to the CCC handbook on exhibit A. The only reason that detainee close would be taken from him, is he has destroyed the state property clothes, bedding, etc. Plaintiff did not do any of the criteria to be without clothes. Plaintiff was without clothes, for the purpose of malice and malicious intent.

The defendants did not follow policy or procudure of the mental health policies of full precaution. The defendant's state infactual allegations of Plaintiff being aggressive when Inmate/Plaintiff cell door was opened. Why wasn't body cam operated Idmeitly. It was not activated cause the defended had malice in their intent, and came for the reason of assult on Jim Glover's person. The camera was conveintly activated after the assatt. The Plaintiff was applogizing in duress. The plaintiff was beaten at the C.C.C before 2009 Glover vs. Cuyahoga county. lawsuit filed in 2009 for assault with the district court of Northeren. Was desmissed due to 3 years after it happened. Plaintiff has had bad history with the employee's of C.C.C. The defendants has lots of paper work to dispute these alligations, cause they are employee's and have been assulting detainee's for years. They make it where Plaintiff can not retreive medical records or orignal complaint form. Every employee is freinds with each other and work together to get rid of law suits, they have exsperience. I swear by pesury that on the apprx date and time mentioned that Corporal bordman and c/o I.Rion Jumped me, beat me with closed fist. Stumped me in the back of my head. sprayed me with c/o mace for no apperent reason on my behalf.

I was not being aggressive or being combative or threating. That Corporal Boardman gave me foottray with one hand and sprayed mace and same time with other. Him and c/o Irion proceeded inside my cell once I ran to back of my cell and pummell me with thier fist and feet to torso and back of head.

    I have reread these statements and do swear by perjury to be true and accurate.

*Jim T Glover jr.*
Jim T. Glover Jr.

6001 Woodland Ave
Suit 903
Cleveland Ohio 44104